# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-4163-CV-C-NKL |
| ) | |
| DEBRA J. CUNNINGHAM, ) | |
| ) | |
| Defendant. ) | |

## **DEFAULT JUDGMENT**

Upon plaintiff's motion for an entry of a default judgment against Debra J. Cunningham and in favor of plaintiff, an Order was entered by this Court directing the defendant to explain in writing why plaintiff's motion for default judgment should not be granted. Defendant has failed to respond in writing as ordered.

Therefore, it is

ORDERED that a default judgment is hereby entered against defendant and in favor of plaintiff in the principal sum of $16,518.03, plus accrued interest of $5,960.94 calculated at the rate of 7.14% to June 30, 2007, plus interest thereafter of $532.58 at the rate of 7.22% to December 10, 2007, and interest thereafter on said principal at the rate of 7.22% per annum to the date of judgment, with interest accruing on the total amount at the statutory rate, as provided by 28 U.S.C. § 1961(b) from the date of this judgment, together with plaintiff's costs in the amount of $370.00, as allowed pursuant to 28 U.S.C. §§ 1914(a), 1920, 1923 and 2412(a)(2).

SO ORDERED this 18th day of December, 2007.

                                                s/ NANETTE K. LAUGHREY
                                                Nanette K. Laughrey
                                                United States District Judge